**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MARTINEZ,                         No. C 09-01025 CW (PR)

       Plaintiff,               ORDER OF DISMISSAL WITHOUT
  v.                                     PREJUDICE

ALAMEDA COUNTY SHERIFF'S OFFICE,
et al.,

       Defendants.
_____/

    This case was commenced when Plaintiff filed a federal civil rights form.  He listed the "Alameda County Sheriff's Office" and the "County of Alameda" as Defendants.  He alleged that he filed a "government tort claim" in January, 2009.  However, he did not complete page three of the form; instead, under the "Statement of Claim" and "Relief" sections, he wrote, "see attached."  A notation by the Clerk of the Court indicates that nothing was attached to the form when it was filed.  Plaintiff also filed a motion for leave to proceed <u>in forma pauperis</u>; however, he did not file copies of the Certificate of Funds and prisoner trust account statement.

    On the same day the action was filed the Clerk sent a notice to Plaintiff, informing him that he did not file a complete complaint because he failed to file the attachments to page three of the form.  The Clerk sent Plaintiff a blank civil rights form and told him that he must complete the entire form within thirty days or his action would be dismissed.  The Clerk also sent Plaintiff another notice, informing him that his action could not go forward until he filed copies of the Certificate of Funds and prisoner trust account statement.  The Clerk informed Plaintiff

1  that the case would be dismissed if he failed to do so within

2  thirty days.

3      More than thirty days have passed and Plaintiff has not filed

4  the necessary documents or otherwise communicated with the Court.

5      Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

6  Plaintiff's in forma pauperis application is DENIED as incomplete.

7  The Clerk of the Court shall close the file.

8      IT IS SO ORDERED.

9  Dated:  8/24/09

CLAUDIA WILKEN
10                                    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MARTINEZ,

      Plaintiff,

  v.

ALAMEDA COUNTY SHERIFF'S OFFICE et al,

      Defendant.

                          /

Case Number: CV09-01025 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael  Martinez 08047461
Santa Clara Co - Elmwood Jail
701 S. Abel St.
Milpitas,  CA 95035

Dated: August 24, 2009

                      Richard W. Wieking, Clerk
                      By: Sheilah Cahill, Deputy Clerk

3